DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. <br> _____ <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JAMES CARLSON, an individual, <br><br> Counterdefendants. | Case No.: 2:16-cv-00691-MMD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S DECEMBER 26, 2017 ORDER [ECF NO. 102]** |

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and counterclaimant SFR Investments Pool I, LLC, defendant Augusta Belford and Ellingwood Homeowners Association

46014252;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

(**HOA**), cross-defendant HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and cross-defendant Bank of America, N.A. (**BANA**), pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's December 26, 2017 order, ECF No. 102:

1. On December 26, 2017, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 102.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 102.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. Nationstar, BANA and HSBC's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

46014252;1

WHEREFORE, Nationstar, SFR, HOA, HSBC and BANA respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's December 26, 2017 order, ECF No. 102, up to, through and including August 21, 2018.

This the 7th day of August, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.*

This the 7th day of August, 2018.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan W. Reed*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN WARREN REED, ESQ.
Nevada Bar No. 11695
8945 W. Russell Rd., Suite 330
Las Vegas, Nevada 891148

*Attorneys for Spanish Bay Homeowners Association*

This the 7th day of August, 2018.

**NEVADA ASSOCIATION SERVICES, INC.**

*/s/ Brandon E. Wood*
BRANDON E. WOOD, ESQ.
Nevada Bar No. 12900
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorneys for Nevada Association Services, Inc.*

This the 7th day of August, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

46014252;1