UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00691-MMD-GWF |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| SPANISH BAY HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

This matter is before the Court on Christopher V. Yergensen, Esq's., Motion for Withdraw as Counsel (ECF No. 99), filed March 26, 2019. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that is no longer employed as in-house counsel of Nevada Association Services, Inc and has not been retained to continue legal representation. The Court finds the movant has substantially established good cause for withdrawal. Additionally, Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS HEREBY ORDERED** that Christopher V. Yergensen, Esq's., Motion for Withdraw as Counsel (ECF No. 99) is **granted**.

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS FURTHER ORDERED** that Nevada Association Services Inc. shall have until **May 8, 2019**, to retain counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to remove Christopher V. Yergensen, Esq. from CM/ECF service list of this case.

Dated this 11th day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE