DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00691-MMD-EJY |
| Plaintiff, | |
| v. | |
| SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JAMES CARLSON, an individual, | |
| Counterdefendants. | |

1

52973580;1

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Holly E. Walker, Esq.

DATED this 4th day of May, 2020.

**AKERMAN LLP**

*/s/ Holly E. Walker*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 6, 2020

UNITED STATES MAGISTRATE JUDGE
2:16-cv-00691-MMD-EJY

2

52973580;1