DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00691-MMD-EJY |
| Plaintiff, | |
| v. | |
| SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC, | **STIPULATION AND ORDER TO STAY LITIGATION FOR AN ADDITIONAL 90 DAYS** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JAMES CARLSON, an individual, | |
| Counterdefendants. | |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**) have reached a settlement in principle and the settlement agreement has been executed by the parties.

/ / /

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53072237;1

1    The court previously stayed the proceedings between BANA and SFR, giving them until

2    May 11, 2020 to file dismissal documents.  (*See* ECF No. 122, March 2, 2020 minute entry.)  The

3    court granted BANA summary judgment on its quiet title/declaratory relief claim against Spanish

4    Bay Homeowners Association (the **HOA**) and Nevada Association Services, Inc. (**NAS**) on March 4,

5    2020.  (*See* ECF No. 123, March 4, 2020 minute entry.)  The court granted summary judgment to the

6    HOA and NAS on BANA's other claims.  The clerk entered judgment in the HOA and NAS's favor

7    on the same day.  (ECF No. 124.)

8    Only BANA and SFR's claims remain.  BANA and SFR need additional time to fulfill a

9    condition precedent to settlement and stipulate to stay litigation for an additional 91 days[1] to finalize

10   settlement.

11   DATED: May 11, 2020.                         DATED: May 11, 2020.

**AKERMAN LLP**                                    **KIM GILBERT EBRON**

 */s/ Holly E. Walker*                             */s/ Diana S. Ebron*
DARREN T. BRENNER, ESQ.                       DIANA S. EBRON, ESQ.
Nevada Bar No. 8386                              Nevada Bar No. 10580
HOLLY E. WALKER, ESQ.                          JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 14295                             Nevada Bar No. 10593
1635 Village Center Circle, Suite 200             JASON G. MARTINEZ, ESQ.
Las Vegas, Nevada 89134                          Nevada Bar No. 13375
                                                 7625 Dean Martin Drive, Suite 110
*Attorneys for Bank of America, N.A.*              Las Vegas, NV 89139

                                                 *Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED** that litigation is stayed for 91 additional days, until Monday,

August 10, 2020, and a telephonic status check is set for __August 10_____, 2020 at

9:30_____ am/~~pm~~.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00691-MMD-EJY

**DATE:** May 12, 2020_____

[1] 90 days falls on Sunday, August 9, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53072237;1