DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-00691-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND STAY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JAMES CARLSON, an individual,<br><br>Counter/Cross Defendants. | |

- 1 -

## **STIPULATION AND ORDER TO EXTEND STAY**

Bank of America, N.A. ("Bank") and SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, have reached a settlement in principle as to the claims between the Bank and SFR and the settlement agreement has been executed by the Bank and SFR. A Notice of Settlement (ECF No. 128) and Stipulation and Order to Stay Litigation (ECF No. 129) was entered on February 11, 2020. On March 4, 2020 the Court granted the Bank summary judgment on its quiet title/declaratory relief claim against Spanish Bay Homeowners Association ("Association") and Nevada Association Services, Inc. ("NAS") (ECF No. 123). Summary judgment was granted in favor of the HOA and NAS on the Bank's remaining claims. (ECF No. 124). Only the claims between the Bank and SFR remain.

Based thereon, the Parties stipulated to extend the stay of litigation for an additional ninety (90) days to August 10, 2020. This extension of stay was to allow SFR and the Bank to perform a condition precedent to the settlement between SFR and the Bank. An order granting the extension of stay was entered on May 11, 2020.

SFR asserts that good cause exists to justify extension of the stay of litigation because the ongoing COVID-19 crisis has impacted its ability to complete certain conditions precedent to settlement, and the Bank does not oppose SFR's position. Therefore, the parties hereby stipulate and agree to extend the stay an additional ninety (90) days and set a status check on or around November 10, 2020. This will allow additional time for the Bank and SFR parties to complete the condition precedent to the settlement.

…

…

…

This is the parties' second request to extend the stay and is not meant to cause harm or prejudice to any party.

DATED this 6th day of August, 2020.                    DATED this 6th day of August, 2020.

**KIM GILBERT EBRON**                                   **AKERMAN LLP**

*/s/ Jason G. Martinez* _____                           */s/ Holly E. Walker* _____
JASON G. MARTINEZ, ESQ.                                 HOLLY E. WALKER, ESQ.
Nevada Bar No. 13375                                    Nevada Bar No. 14295
7625 Dean Martin Drive, Suite 110                       1635 Village Center Circle Suite 200
Las Vegas, Nevada 89139                                 Las Vegas, Nevada 89134
Phone: (702) 485-3300                                   Phone: (702) 634-5000
Email: jason@kgelegal.com                               Email: holly.walker@akerman.com

*Attorneys for SFR Investments Pool 1, LLC*             *Attorneys for Bank of America, N.A.*

## **ORDER**

IT IS SO ORDERED.

DATED:  August 6, 2020

_____
United States District Court Judge

- 3 -