MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>             Plaintiff,<br><br>v.<br><br>SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>             Defendants. | Case No.: 2:16-cv-00691-MMD-EJY<br><br>**ORDER DISMISSING ALL REMAINING CLAIMS AND TO RELEASE LIS PENDENS** |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**) stipulate to dismiss (**1**) BANA's claims against SFR, Spanish Bay Homeowners Association, and Nevada Association Services, Inc.; and (**2**) SFR's claims against BANA, with each party to bear its own attorneys' fees and costs. This stipulation dismisses all remaining claims against all parties such that this matter may be closed, but does not affect the clerk's entry of default against cross-claim defendant James Carlson, entered on March 7, 2019. (ECF No. 92.)

BANA and SFR further stipulate that (**1**) the notice of lis pendens, recorded with the Clark County Recorder on March 31, 2016, as Instrument No. 201603310003097; and (**2**) the notice of lis pendens recorded on June 24, 2016, as Instrument No. 201606240000077, in relation to the above entitled action, are released.

This release affects title to the real property located at 5674 Snow Drop Street, Las Vegas, Nevada 89113, and legally described as follows:

**PARCEL ONE (1):**
**LOT FORTY-SEVEN (47) IN BLOCK ONE (1) OF AMENDED FINAL MAP OF SPANISH BAY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 80 OF PLATS, PAGE 86 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**PARCEL TWO (2):**
**A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT INTO AND OVER ALL COMMON AREAS AS MORE FULLY SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS FOR SPANISH BAY HOMEOWNERS ASSOCIATION RECORDED JUNE 11, 1997 IN BOOK 970611 AS DOCUMENT NO. 02608 OF OFFICIAL RECORDS, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).**

and more particularly identified in the official records of the Clark County Recorder as **APN: 163-27-415-047**.

DATED December 29, 2020.

| | |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Holly E. Walker, Esq.* | */s/ Jacqueline A. Gilbert, Esq.* |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| HOLLY E. WALKER, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 14295 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | JASON G. MARTINEZ, ESQ. |
| Las Vegas, Nevada 89134 | Nevada Bar No. 13375 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A.* | Las Vegas, Nevada 89139 |
| | *Attorneys SFR Investments Pool 1, LLC* |

It is so ordered.

DATED THIS 30th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE