DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SPANISH BAY HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-00691-MMD-EJY<br><br>**JUDGMENT BY DEFAULT AGAINST JAMES CARLSON** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JAMES CARLSON, an individual,<br><br>Counter/Cross Defendants. | |

## JUDGMENT BY DEFAULT AGAINST JAMES CARLSON

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for Judgment by Default against James Carlson ("Carlson" or "Cross-Defendant"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On June 13, 2016 SFR filed a Cross-Complaint [ECF No. 22] for quiet title and injunctive relief against Carlson, relating to real property located at **5674 Snow Drop Street, Las Vegas, Nevada 89113; Parcel No. 163-27-415-047** ("the Property").

2. Carlson failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Carlson on March 7, 2019.

3. Carlson is not incompetent, an infant, or serving in the United States military.

4. SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Carlson.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Carlson, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

…

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 25, 2021

DATED this 10th day of May, 2021.

*Respectfully submitted by:*

**KIM GILBERT EBRON**

/s/ *Chantel M. Schimming*
CHANTEL SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*